## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Matthew J. Howard,  
Michelle R. Howard,  
<i>Debtors.</i>

Case No. 23-13013-djb  
Chapter 13

## ORDER

**AND NOW**, after consideration of the Motion to Approve Sale of Real Property filed by Debtors Matthew J. Howard and Michelle R. Howard, after notice and hearing, the Court finds that the sale is in the best interests of the bankruptcy estate and its creditors and is otherwise proper under 11 U.S.C. §§ 363 and 1303. For those reasons, is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors may sell the real property located at **3124 Victoria Court** in the Township of Bensalem, County of Bucks, and State of Pennsylvania ("the Property"), for consideration of no less than **$375,000** to Amanda Bohn ("the Buyer") pursuant to the sale agreement dated April 9, 2025.

3. The Debtors are authorized to retain Equity Building Group ("the Broker") as their real estate broker, and compensation is allowed to the Broker in an amount not to exceed 4.50% of the total sale price, without further application, notice, or hearing.

4. The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the approximate following manner:

   Wells Fargo Bank N.A. (Claim No. 7) ............................................. $154,815

   Wells Fargo Bank N.A. (Claim No. 2) ................................................ $29,609

   Ordinary and reasonable settlement costs ......................................... $4,987

   Broker commission ........................................................................... $16,875

   Kenneth E. West, Chapter 13 Trustee ............................................... $50,270

   Debtors ............................................................................................ $118,444

5. Notwithstanding the amounts provided above, all liens must be paid at closing in amounts required to provide the Buyer with clear title.

6.  All creditors paid at closing must withdraw or amend their proofs of claim within thirty days after receipt of payment.

7.  The title clerk must email a completed settlement sheet to the Trustee at settlementsheet@ph13trustee.com upon closing, and the Trustee must promptly thereafter notify the title company of his approval or objection to the sums to be disbursed. Upon approval, the title clerk must email a copy of the disbursement check to the Trustee and immediately transmit the disbursement check made payable to Kenneth E. West, Chapter 13 Trustee, via overnight courier to the Trustee at 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106.

8.  The Property must be sold within sixty days after the entry of this order.

9.  The stay imposed by Fed. R. Bankr. P. 6004(h) is waived, and this order is effective immediately.

Date:

**Date: May 16, 2025**

_____
Derek J. Baker
U.S. Bankruptcy Judge